Rochester, New York, Deceased.— Motion for reargument denied, with ten dollars costs.

The Village of Charlotte, New York, Appellant, v. John M. Keon, Respondent.— Motion for reargument granted. Reargument set down for March twenty-eighth.

Fannie E. Willson, Respondent, v. Faxon, Williams & Faxon, Appellant.— Motion to amend decision denied.

In the Matter of Proving the Last Will and Testament of Henry W. Tibbits, Deceased.— Motion granted, amending decision *nunc pro tunc* as of December 1, 1909, so as to show that the appeal was taken from and the affirmance made of the judgment as well as the order.

The People of the State of New York, Respondent, v. Orrin N. Lumbert, Appellant.— Motion to dismiss appeal denied, without prejudice to renewal in case the appellant fails to procure the case and exceptions to be settled, signed and filed within thirty days. Further ordered that the district attorney of Onondaga county procure the record to be printed at the expense of Onondaga county.

William D. Cook, Respondent, v. The Village of Mohawk, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $500, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., and Robson, J., who dissented and voted for reversal.

George Digby, Appellant, v. Ernest H. Aldinger, Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Petition of Frank Dobson and Others to Remove from Office Joseph M. Donnelly, Town Clerk of the Town of Greece, Monroe County, New York.— Report of referee confirmed and the said Joseph M. Donnelly removed from his office as town clerk, and the town board of auditors directed to audit and pay the referee's fees and other disbursements of petitioners, and have recourse therefor to said Joseph M. Donnelly. All concurred.

Merritt P. Whipple, Respondent, v. Pullman Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Robert Jones and William Galvin, Appellants, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Alfred C. Rockwell, Appellant, v. The Solvay Process Company, Respondent.— Judgment affirmed, with costs. All concurred.

The Village of Charlotte, New York, Appellant, v. John M. Keon, Respondent.— On reargument judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the grounds stated in his opinion handed down on former decision made March 8, 1911 (*ante*, p. 952).

John Maeser, Respondent, v. Jacob Dold Packing Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Bessie Hunziker, as Administratrix, etc., of Frederick H. Hunziker, Deceased, Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.—